Motion Granted; Appeal Dismissed and Memorandum
Opinion filed March 10, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00626-CV

____________

 

JERRY A. WEATHERBEE, JR. AND TERESA A. WEATHERBEE,
Appellants

 

V.

 

FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee

 



 

On Appeal from the County Civil Court at Law No. 3

Harris County, Texas

Trial Court Cause No. 962340

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed June 24, 2010.  On March 3, 2011, the parties
filed a motion to dismiss the appeal by agreement.  See Tex. R. App. P.
42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Brown, Boyce, and Jamison.